```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                          MIAMI DIVISION
                   CASE NO. 11-20605-CR-LENARD
                           11-20686-CR-LENARD
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

OSCAR HERNANDEZ,

        Defendant.
_____/

## **ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge John J. O'Sullivan, on November 16, 2011. A Report and Recommendation filed on November 21, 2011 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge John J. O'Sullivan, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count One of the Information.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of November, 2011.

_____
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge John J. O'Sullivan
       Counsel of record